United States District Court, Southern Illinois

Ernest Coffey M10515 Pro SE
Plaintiff,
( VS )
Jillian Crane, Nurse Practitioner
Defendant

SCANNED at MENARD and E-mailed
8-22-24 by JA   53 pages
Date      initials    No.

Case #   24-1998-SPM

42. U.S.C. 1983

Civil Rights Actions Against State and Local officials & Private Contractors.

## COMPLAINT

Now Comes, Ernest Coffey M10515 Pro SE, Pursuant to the Above Legal matters. For Redress of his civil Rights being Violated concerning his serious medical Need that has been diagnosed by a Physician of which shows Deliberate Indifference. To his Right shoulder of which with the Medical Affidavit with medical Records Pursuant to 735 ILCS 512-622 Healing Art medical malpractice (A) Section (1) shows a degenerative Condition.

In Support Herewith, Claimant states the Following.

(1 This Federal Court has Jurisdiction, to hear this claim Concerning the Illinois Constitution Article 1 Section 2 Due Process and Equal Protection clause of Law under Dual Capacity 8th Amendment cruel and unusual Punishment violation under 14 Amendment united States Constitution.

(2 Defendant Jillian Crane, Title Nurse Practitioner Address Jll Kaskaskia Street menard correctional center 62259 Illinois As such is/has Personal Involvement and is the Causation for said claims above and herein this Complaint for Federal Redress, against unreasonable delays for treatment medical Interferance, and bias with discrimination to said claims.

( Statement of Claim )

(3. This Claim Sanding IN tort is For the 'Conversion' of Plaintiffs civil Rights which are being Violated into money Damages Concerning his Physical Injuries Pains and Suffering and a undue delay for Treatment which shows a Violation of 'Maintenance.' For the kind of Need That his Right Shoulder has loss Feeling, movement, of which has a degenerative Condition That their is (Direct evidence of deliberate indifference. Attached hearwith a Medical Affidavit (F)ollowing the Statement of Facts. this case was filed in 2023 march since then still No Remedie has been made. This shows since 2022. May 31 their has been No Real treatment or Preventive Steps To Stop Pain and Suffering. the existance of Chronic and substantial Pain' itself demonstrates a Serious medical Need.

Denial or delay of access to treatment by Interference Violates the Eighth Amendment. That their has been Inadequate Staffing that medical Staff lacked Time to do their Jobs even after the hundred abun diagnosis. the Rules Practices and Policies restracking medical care that has Nothing to do with Plaintiffs medical Needs shows Interference and Pain and Suffering. this shows Cruel and Unusual Treatment and Punishments. on Objective Component. and Subjective Component. To Gross Negligence and medical malpractice. by this Heading for medical Malpractice 735 ILCS 5/2-622(A) Section 1 because of Evidence of diagnosis by a Practitioner.

(4.(F)ollowing Statement of Claim is Attached Medical Affidavit 735 ILCS 5/2-622(A) Sec-1 with Attachd medical Records which is Privileged and Confidential from wexford Health Inc by Jefferey R Wichman, MD Physicians. This all Concerns medical bias, medical Gas Lighting and media bias because of a Privat Prison Customs.

State of Illinois

#Case

Canty of Rondalph

# MEDICAL AFFIDAVIT

I, Ernest Coffey, ProSE Pursuant to 735 ILCS 5/2-622 Healing Art malpractice (A)

Section 1. State I am the affiant. That the affiant has consulted and Reviewed the facts of the Case with a health professional who the affiant Reasonably believes: (i) is knowledgeable in the Relevant issues involved in the Particular action; (ii) practices or has practiced with the last 6years or teaches or has taught within the last 6years in the Same area of health care or medicine that is at issue in the particular action; and (iii) is qualified by experience or demonstrated competence in the subject of the case; that the reviewing health professional has determined in a written report, after a review of the medical record and other relevent material involved in the particular action that there is a reasonable and meritorious cause for the filing of such action; and that the affiant has concluded on the basis of the reviewing health professionals review and consultation that there is a reasonable and meritorious cause for filing of such action.

Affiant further states a copy of the medical Record and consultation is herewith 26 pages as Exhibits. Second Documents that show Proof of Exhaustion. P.L.R.A.

(Pursuant – to 28 USC 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109 I declare, under penalty of Perjury that I am a Named Party in the above action. I have read the above documents, and that the Information contained therein are true and correct to the best of my knowlege and belief.

Ernest Coffey M19515
711 Kaskaskia St menard CC
62259 Illinois
Respectfully submitted

Page 3

( Argument 1)

That Plaintiff, Ernest Coffey M10515 Pro Se ´CLEARLY ESTABLISHED` his Constitutional Rights as For his united States Constitution 14th and 8th Amendments to Due Process And Equal Protection of Laws. To Free from Cruel and unusual treatments or Punishments over the Illinois Constitution Article 1 Section 2 Due Process and Equal Protection of Laws by Filing an offender Grievance at Least two times It has been over one Year and Still No Follow up. the Defendant Jillian Crane Nurse Practitioner has been ´Gas Lighting` the Plaintiff Delaying Medical Treatment criminalizing the offenders Grievance Process and even weaponizing medical treatments by threats and Preventing access to medications and even up to one year. This Defendant has even used Blicted bias by useing Personal Relationships with Family members who work in I.D.O.C Menard Correctional Center maken it hard to access Treatments her mother is above her in order.

That The Attorneys who Respond to siaid Complaints Twist words and lie and even this is media bias. The Supporting Documents show Medical Facts from a Medical Physician Exam Date may/31/2022. It has been about 27months. Since the Defendant ·has been diagnosed with a degenerative Condition. This Shows Discrimination and even a ´Financhal Decison`; that Defendants Financhal Records should be Disclosed. That this degenerative condition can only git worser of which This Needs Continuos Follow ups and Maintenance.

( Tort one

This charge in tort is against Jillian Crane. She without Legal Justification withheld medical treatments and Follow up care For Plaintiff Ernest Coffey once She was Notified 27months ago of a Degenerative Condition, Rotator Cuff tendinosis. She Knowingly with held medical Treatments medications and Pain killers. She infact offerd No care at all this is Gross Neglect.

Page 4

( Tort Two

This Charge in Tort is against Jillian Crane She without Legal Justification Based upon tort one above, Violated Due Process of Laws and Equal Protection clause in that once She was Notified of the Degenerative Rotator cuff Tendinosis condition She violated the Art of Healing by Re-Sending Plaintiff For Further MRI, Instead of ordering medications to Prevent Pain meaning Not over the Counter drugs that any Person can obtain but actual medications that stop Pain, or even ordering Surgery, Violation of Illinois ConstitutionArt 1 Sec 2. & U.S C.A. 8th Amendment Cruel and unusual Punishments under the 14th Amendment.

( Tort Three

This Charge in Tort is against Jillian Crane She without Legal Justification Based upon Torts one and two created Delays and Prevented treatments and Does Not have a treatment Plan of which once Notified of a Degenerative Condition this is clearly Interference and Not with holding Deliberate Indifferance to a Serious medical Need all this is willfull Misconduct even minimizing The truth telling Lies controlling the Grievance Media creating evil Storys when Their is clear evidence of Facts of diagnosis. of which each MRI has Not changed the medical diagnosis. Violation of Article 1 Section 2 Due Process and Equal Protection of Laws Section 12 Right to Remedy and Justice, Section 20 Individual Dignity. that her actions Incite Violence, hatred, abuse and medical hostility Towards the Plaintiff and Section 23 Fundamental Principles her actions created this civil claim sounding in Tort against her. Illinois Constitution and laws under the U.S C.A. 8th Amendment Cruel and unusual Punishment under the 14th Amendment

Page 5

( Tort Four

This charge in tort is against Jillian Crane. She without Legal Justification Based upon Torts 'one Two and three Violated the Illinois Constitution Article 11 Section 2 Environment Rights of Individuals. States Each person has the Right to a healthful Environment each person may Enforce this right against any party government or private appropriate Legal proceeding subject to reasonable limitation and regulation as the General assembly may provide by Law. Defendant Jillian Crane.

Pursuant to the Facts Stated above willingly Prevented a healthful environment Need That Plaintiff has attached evidence of his serious medical, that shows clear Pain and Suffering That is Left untreated and being denied excess to medical staff to be seen For Long Peariods of Time. which is indie delays even after Plaintiff CLEARLY ESTABLISHD his Constitutional Rights that has been denied as such. He clearly EXHAUSTED his P.L.R.A. which is Not Needed in state Court. But this is a State and Federal claim. His Exhibits are herewith. End Tort Fair.

( Damage Claims )

That the Agent and or Acting Servent 'Jillian Crane' of menard Correctional Center as a Nurse Practitioner has been giving Fair warning of Notice that a Lawsuit will be filed even after 27 months with at least Three Summons and she still has Not preformed her duties. that her actions are Gross Negligence because of her Inactions are Illeged by Notice of Filed Grievence and with her Response Shows clear Knowledge of said complaints made by Plaintiff.

Page 6

( Damage Claims )

(1. The Personal Involvement of Servent and Acting Agent Jillian Crane Requirment means That the Defendant violated the Constitution of Illinois under the united States Constitution Amendment 8th under 14 Article 1 section 2.

(2 That the Defendant is clearly Directly responsible For Seeing the Plaintiff at the time of his request and is the one who denied to see Plaintiff that she is the Primary Care Practitioner and without Legal Justification Delayed medical Treatment of up to 3 years Plaintiff has a Physical Injury and Defendant has Personal Knowledge as well, their is No excuse,

( In her acting Capacity and Personal Capacity )

In her own Personal and acting capacity as an aggent and Servent of wexford Health Source Inc. A Privat Contract with Illinois Department of corrections has No Immunities and could have Prevented unreasoneable medical Delays and Discrimination seeing white Inmates over him. She Clearly Retaliated by abtaining Vengence For Plaintiff Grievances he File by this act of hatred Vengence and clear Retaliation She created as a Head Leader a Cruel and unusual Environment, Treatments and Punishments by doing Nothing at all. This Shows Pain and Suffering. In violation of the 8th Amendment under the 14th Amendment and Illinois Constitution Article 1 Section 2 Due Process and equal Protection clause

( Nominal Damages Requested )

Plaintiff Ernest Coffey M10515 Pro SE Request Nominal Damages of the court Cost and Five $5,000 dollars

Page 7

( Damage Claims )

(Compensatory Damages Requested)

Plaintiff Ernest Coffey m10515 Pro SE is

Requesting Compensatory Damages For his Personal and Physical Injurys and clear Pain and Suffering
The Defendent Caused For her unreasonable undue Delay and Gross Neglect. For $205,000 thousand
that this is on going.

( Punitive Damages Requested)

Plaintiff Ernest Coffey m10515 Pro SE is Requesting

Punitive Damages of Double the Compensatory Damages For $400,000 thousand because of willfull
misconduct and Healing Art Medical Malpractice, For Emotional Distress and unreasonable long Delays
which is undue and Denieing Medical Excess and bias this claim Should Show 'BAD FAITH' against
Jillian Crane Nurse Practitioner, their is a serious medical Need and by this Deliberate Indifference
to the Need.

(3. That the Defendant Jillian Crane Nurse Practitioner (Poorly Administered) Prison Health Care
Services by offering No Service. And unreasonably Delayed Ernest Coffeys Rights to excess the proper
health Care Services. She created hardships which is Malice Intent.

(4. Plaintiff has stated a Claim of 'sufficent Facts' with good cause shown in good Faith and
well Pleaded Facts a Meritorious claim with Respect to the Laws.

Page 8

15. Plaintiff Dose Not waive any argument Not hearing or Laws that Could be Newly Discovered and thus Stated

16. Wherefore, Plaintiff Ernest Coffeymosis Pro Se Prays this Honorable court grant a Preliminary Injunction ordering Prison officials to Provide proper medical care in the future.

17. A Preliminary Injunction For Damages because of their Past-Failures to Provide Medical Care of the Nominal Damages $5,000, Compensatory Damages of $200,000 and Punitive Damages of $400,000 Because of Bad Faith in all For $605,000. Due to the Serious medical Need because it has been diagnosed by an acting Physician.

Note the 8th Amendment Prohibits the unnecessary and wanton Infliction of Pain, the Seriousness of this claim of medical Need is determined by Factors including but Not limited to (1) whether a Reasonable doctor or patient would perceive the medical Need in question as important and worthy of Comment or Treatment. (2) Whether the medical Condition Significantly affects daily activities and (3) the existence of chronic and Substantial Pain. Here Plaintiff has all Fact given Proven Shown herewith.

18. And whatever the court commands Just.

Respectfully Submitted by
Ernest Coffeymosis
711 Kaskaskia Street menard
CC menard IL 62259.



JB Pritzker
Governor

Rob Jeffreys
Director

**The Illinois Department of Corrections**

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:    July 7, 2022

TO:       Record Office
          Med Furlough Notification

FROM:    Angela Crain.
          Health Care Unit Administrator

SUBJECT: M10515 Coffey, Ernest

## PLACE:
**Carbondale Memorial Hospital**
**405 West Jackson**
**Carbondale, IL**
**618-549-0721**

DATE:  July 19, 2022                                        TIME: 8:00 am

ADA attention: N/A

REASON: R Shoulder MR Arthrography

Angela Crain, RN, BSN, HCUA

MS: TK

cc:       Shift Commander's Office
          Medical Records
          Office File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

M10515

## *Fax Transmission*

### Memorial Hospital of Carbondale
Health Information Department
405 West Jackson Street
PO Box 10000
Carbondale, IL 62902-9000
Phone: (618) 529-0496 ext
Fax: (618) 529-0428 or (618) 529-0429

Date: 7/20/22
Time: 1:17 PM

To: Illinois Department Of Corrections
FROM: Connie Farhang

Phone Number:
Fax Number: 618-826-1746
Number of Pages: 5

Subject: Request for Medical Records
Comments: You are receiving this in response to a request for medical record information.

STATEMENT OF CONFIDENTIALITY: The document accompanying this facsimile transmission contains confidential information and may be a legally privileged or protected work-product under applicable law. The information is intended only for the use of the individual or entity identified. Copying, distribution, or the taking of any action in reliance on the contents of the facsimile transmission is strictly prohibited. If you have received this facsimile transmission in error, please call the Privacy Officer immediately at 1-800-229-8631 to arrange for the return of the complete transmission to us at our expense. Thank You!

M10515

510 Lincoln Drive
Herrin, IL 629486334
(618) 997-8800

**So Ortho Assoc/Ortho Inst Of W KY**

# Fax

| To: | Babich MD, Glen S | From: | NextGen Admin |
|-----|-------------------|-------|---------------|
| Fax: | (618) 826-1746 | Pages: | 5 |
| Company: | | Date: | 7/14/2022 1:37:38 PM |

● Comments:

JB Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:    June 17, 2022

TO:    Record Office
Med Furlough Notification

FROM:    Angela Crain.
Health Care Unit Administrator

SUBJECT: M10515 Coffey, Ernest

---

## PLACE:
**OISI**
**510 Lincoln Dr**
**Herrin, IL**
**618-997-6800**

DATE:  July 13, 2022

TIME: 2:30 PM X-ray
3:00 PM Appt.

ADA attention: N/A

REASON: Ortho Eval

*Angela Crain RN, BSN, HCUA*

Angela Crain, RN, BSN, HCUA

MS: **TK**

cc:    **Shift Commander's Office**
**Medical Records**
**Office File**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

M10515



| Patient: | Ernest Coffey |
| Date of Birth: | 03/21/1987 Age: 35 |
| Date: | 07/13/2022 3:00 PM |
| Visit Type: | Office Visit |



## CHIEF COMPLAINT:
Right lateral shoulder pain.

## HISTORY OF PRESENT ILLNESS:
1. shoulder

This is an inmate, right-hand dominant, who is having insidious, progressive onset of right lateral shoulder pain. He thinks it may be after he got the injection for vaccination.

PMH/PSH/ALLERGIES/MEDICATIONS/SH/FH/ROS: Please refer to the patient questionnaire, which I have reviewed and signed today, which I went over with patient today.



## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Hypertension | | |
| Sleep apnea | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Occasional tobacco smoker.
Smoking status: Former smoker.

## FAMILY HISTORY (Detailed)
Condition
Family history of Diabetes mellitus

## MEDICATIONS:
Patient Status
Completed with information received for patient transitioning into care.

Coffey, Ernest    000000275607 03/21/1987 07/13/2022 03:00 PM Page: 1/4

M10515

Medication Reconciliation
Medications reconciled today.
Medication Reviewed

| Medication Name | Prescribed Elsewhere | Status |
|---|---|---|
| Pepcid | Y | Verified |
| hydrochlorothiazide | Y | Verified |
| Motrin PM | Y | Verified |
| Abilify | Y | Verified |
| Remeron | Y | Verified |

## ALLERGIES:

| Ingredient | Reaction (Severity) | | Medication Name | Comment |
|---|---|---|---|---|

NO KNOWN ALLERGIES

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Asthma, Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations and Leg swelling. |
| GI | Negative | Abdominal pain and Black tarry stools. |
| GU | Negative | Dysuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Weight gain and Weight loss. |
| Neuro | Negative | Headache and Paresthesia. |
| Psych | Negative | Depression and Insomnia. |
| Integumentary | Negative | Rash. |
| MS | Positive | Bone/joint symptoms. |
| MS | Negative | Except as noted in HPI and Chief complaint and Muscle weakness. |
| Hema/Lymph | Negative | Bruising and Easy bleeding. |
| Allergic/Immuno | Negative | Environmental allergies. |

Vital Signs

## VITAL SIGNS

| BP mm/Hg | Ht ft | Ht in | Ht cm | Wt lb | BMI kg/m2 | Pulse /min | Resp /min | Temp F | Time | Measured_by |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.0 | 3.00 | 190.50 | 305.00 | 38.12 | | | | 3:26 PM | Kerri Macy |

## PHYSICAL EXAM:

GENERAL: The patient is a well developed, well nourished male in no acute distress.

PSYCH: The patient appears to exhibit normal insight and judgment. The patient is alert and oriented to time, place, and person. Mood and affect appear normal.

HEAD: Atraumatic, Normocephalic.

EYES: Conjunctivae are anicteric. Pupils are equal, round and reactive to light. Eyelids are within normal limits. Extraocular motion is intact.

EARS, NOSE, AND THROAT: The external appearance of the ears and nose is normal without evidence of scars, lesions or masses. Hearing appears within normal limits. The nasal mucosa is pink. Lips and gums appear within normal limits. The teeth are in good repair.

NECK: The overall appearance of the neck is within normal limits with no evidence of scars or masses. The trachea is midline.

Coffey, Ernest    000000275607 03/21/1987 07/13/2022 03:00 PM Page: 2/4

M10515

RESPIRATORY: Respirations are regular and unlabored. Respiratory effort appears normal with no evidence of intercostal retractions, use of accessory muscles or diaphragmatic movement.
ABDOMEN: The abdomen is nontender and nondistended. No abdominal masses are noted.
CARDIOVASCULAR: All pulses are regular.
LYMPH NODES: No cervical or axillary lymphadenopathy is noted.
SKIN: Inspection of the skin reveals no rashes, lesions, or ulcers. Palpation of the skin and subcutaneous tissues of the extremities is negative for induration or subcutaneous nodules.
MUSCULOSKELETAL: With regard to the affected upper extremity, he has 4+/5 strength rotator cuff testing. Full range of motion. Otherwise, neurovascularly intact distally. No signs of infection or DVT.

## Procedures:

**Joint Injection/Aspiration**
Consent was obtained. Risk and benefits were explained. Questions were encouraged and answered.

| Indication | Procedure | Summary |
|---|---|---|
| Traumatic incomplete tear of right rotator cuff, initial encounter | arthrocentesis major joint | Site was prepped using povidone-iodine. Right shoulder subacromial space injection was performed with 8 mL(s) of .25 bupivacaine for anesthetic. A 21 gauge needle was used. Placement confirmed by manual palpation. triamcinolone acetonide 80 mg (2 mL): Lot# AP210495, Manufacturer 16714-140-01, Expiration date 12/01/2023 was injected. adhesive sterile dressing used. |

Post procedure: The patient tolerated the treatment well.
Instructions to Patient: Appropriate post injection instructions were given.

## DIAGNOSTICS:

| Ordered Date | Completed Date | Dx./Indication | Study | Result | orderedBy |
|---|---|---|---|---|---|
| 07/13/2022 | | Pain in right shoulder | Shoulder Xray Complete Min Of 2 Views | | Davis MD, John Thomas MD |

Diagnostic Interpretation: AP, axillary lateral and outlet views of the right shoulder show no fracture or dislocation.

CLINICAL AND RADIOGRAPHIC IMPRESSION: No fracture or dislocation of the right shoulder.

MRI scan showed a partial traumatic anterior supraspinatus tendon tear that is high grade.

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in right shoulder (M25.511). |
| 2. | Assessment | Traumatic incomplete tear of right rotator cuff, initial encounter (S46.011A). |

## Assessment:
Right-hand-dominant male prisoner with a high-grade partial anterior supraspinatus tendon tear, subacromial outlet impingement.

M10515

### Plan:
Discussed the diagnosis, imaging studies and treatment options in detail with the patient, including surgical and nonsurgical measures.  We will give him an injection today.  Physical therapy for 6 weeks.  If he fails to improve in the coming months, we discussed the potential for surgery.

John Thomas Davis, MD/60002


The patient was checked out at 2:35 PM.

Electronically signed by : **John T. Davis MD** 07/13/2022 03:00 PM

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9385 -  www.orthopaedicinstitute.com

Coffey, Ernest    000000275607 03/21/1987 07/13/2022 03:00 PM Page: 4/4

M10515



| | | |
|---|---|---|
| **SIH Memorial Hospital**<br>Carbondale<br>405 West Jackson Street | **Coffey, Ernest**<br>MRN: 1543613, DOB: 3/21/1987, Sex: M<br>Acct #: 100001065876<br>Adm: 7/19/2022, D/C: 7/19/2022 | |

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

## Orders

Reason for Exam:   Shoulder pain, right
FL MRI ARTHROGRAM SHOULDER RIGHT [73733923]

This order may be acted on in another encounter.
Ordering user: Mollie B Olsen 07/07/22 1313
Authorized by: Alisa Dearmond, NP
Indications comment:   Shoulder pain, right
Diagnoses
Shoulder pain, right [M25.511]
Order comments: WT 306

Ordering provider: Alisa Dearmond, NP
Ordering mode: Transcribed from paper

### Screening Form

#### General Information

| | |
|---|---|
| Patient Name  Coffey, Ernest<br>Date of Birth: 3/21/1987<br>Legal Sex  Male | MRN: 1543613<br>Home Phone  ▓▓▓▓▓▓▓▓<br>Work Phone  618-826-5071<br>Mobile  618-826-5071 |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| FL MRI ARTHROGRAM<br>SHOULDER RIGHT | Alisa Dearmond, NP<br>℡618-357-9722 | Alisa Dearmond, NP<br>℡618-357-9722 | 7/19/2022  8:15 AM<br>SIH MHC XRAY ROOM<br>1 (FLUORO)<br>MHC XRAY |

#### Screening Form Questions

No questions have been answered for this form.

Resulted: 07/19/22 1027, Result status: Final
result

Fluoroscopy MRI arthrogram shoulder right [73733923]

Ordering provider: Alisa Dearmond, NP 07/19/22 0753
Filed by  Interface,
Merge311_Imaging_Orders_And_Results_Incoming
07/19/22 1041
Accession number: SIH1841276
Narrative:
EXAM: Fluoroscopically guided right shoulder arthrogram with MRI contrast injection

Resulted by: Matthew Bean, MD
Performed: 07/19/22 0836 - 07/19/22 0837

Resulting lab  RADIOLOGY LLB

COMPARISON:  None.

HISTORY:  Right shoulder pain.

Procedure description:

The patient was positively identified and informed consent was obtained.  Procedural time-out was performed.

The right shoulder was prepped and draped in the usual sterile fashion.  A small injection of 1% lidocaine was used for local anesthetic.  Under fluoroscopic guidance, a 21 gauge spinal needle was advanced into the right glenohumeral joint space and interarticular location was confirmed with a small injection of iodinated contrast. Subsequently, the joint was distended with injection of 10 mL diluted gadolinium contrast.





| | SIH Memorial Hospital | Coffey, Ernest |
|---|---|---|
| | Carbondale | MRN: 1543613, DOB: 3/21/1987, Sex: M |
| | 405 West Jackson Street | Acct #: 100001065876 |
| | | Adm: 7/19/2022, D/C: 7/19/2022 |

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

The needle was removed and hemostasis was achieved with light pressure.  No immediate complication was evident.

FINDINGS:

Needle projecting over the right humeral head.  Contrast within the joint space.

IMPRESSION:

Successful right shoulder arthrogram.

_____

Electronically signed by: MATTHEW BEAN M.D.
Date:    07/19/2022
Time:    10:26

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| S1 - RADIOLOGY LLB | RADIOLOGY LLB | Unknown | Unknown | 11/07/16 1053 - Present |

## Orders

Reason for Exam    Shoulder pain, right
**MRI SHOULDER RIGHT ARTHROGRAM [73733926]**

This order may be acted on in another encounter.
Ordering user  Mollie B Olsen 07/07/22 1314
Authorized by  Alisa Dearmond, NP
Indications comment    Shoulder pain, right
Diagnoses
Shoulder pain, right [M25.511]

Ordering provider  Alisa Dearmond, NP
Ordering mode: Transcribed from paper

Questionnaire

| Question | Answer |
|---|---|
| Pacemaker, pacemaker wires, or defibrillator? | No |

Order comments  WT 306

Screening Form

General Information

| Patient Name: Coffey, Ernest | MRN: 1543613 |
|---|---|
| Date of Birth: 3/21/1987 | Home Phone: ▓▓▓▓▓▓▓ |
| Legal Sex: Male | Work Phone: 618-826-5071 |
| | Mobile: 618-826-5071 |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| MRI SHOULDER RIGHT ARTHROGRAM | Alisa Dearmond, NP  618-357-9722 | Alisa Dearmond, NP  618-357-9722 | 7/19/2022  9:00 AM SIH MHC MRI ROOM 2 |

M10515



**SIH Memorial Hospital**
Carbondale
405 West Jackson Street

Coffey, Ernest
MRN: 1543613, DOB: 3/21/1987, Sex: M
Acct #: 100001065876
Adm: 7/19/2022, D/C: 7/19/2022

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

## Orders (continued)

MHC MRI

Screening Form Questions

| | Answer | Comment |
|---|---|---|
| Claustrophobia? | No | |
| Pacemaker, pacemaker wires, or defibrillator? | No | |
| Neurostimulator or stimulator wires (spinal, bladder, bone, or VNS)? | No | |
| Shunt (spinal or ventricular)? | No | |
| Brain aneurysm clips or brain surgery? | No | |
| Cochlear implants? | No | |
| Heart valve replacement? | No | |
| Stents (cardiac, vascular, renal, etc.)? | No | |
| Coils or (vena cava) filters? | No | |
| Eyelid springs or retinal tacks? | No | |
| Tissue expanders (example: breast)? | No | |
| Prosthesis (limb, eye, penile, etc.)? | No | |
| Bullets, metal fragments, or shrapnel? | No | |
| Metal rods, plates, pins, screws, nails, clips, sutures, or mesh? | No | |
| Swallowed a pill camera for endoscopy in the last 30 days? | No | |
| Surgeries in the last 8 weeks? | No | |
| Comments | | |
| Any other surgeries previously? (mark all that apply) | | |
| Other implants not previously listed? | No | |
| Hearing aids? | No | |
| Tattoos, piercings, or permanent make-up? | No | |
| Medication patch or medication pump? | No | |
| Currently wearing a device that monitors your blood sugar or insulin pump? | No | |
| Epilepsy, seizures, or MS? | No | |
| Currently pregnant or breastfeeding? | No | |
| Allergies (MRI contrast, drugs, medications)? | No | |
| Kidney problems (disease, transplant, cancer, removal, dialysis)? | No | |
| Diabetes? | No | |
| Take medication to control high blood pressure? | Yes | |
| Are you 60 years or older? | No | |
| FOR TECHNOLOGIST USE ONLY. Please select if pt's exam must be on a specific scanner. | | |
| Proceed with Exam | | |





| | SIH Memorial Hospital | Coffey, Ernest |
|---|---|---|
| **SIH** | Carbondale | MRN: 1543613, DOB: 3/21/1987, Sex: M |
| | 405 West Jackson Street | Acct #: 100001065876 |
| | | Adm: 7/19/2022, D/C: 7/19/2022 |

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

## Orders (continued)

| Proceed? | User | Time |
|---|---|---|
| Proceed | Aumiller,Robert | 07/19/2022 08:32 AM CDT |

Resulted: 07/19/22 1319, Result status: Final result

MRI shoulder right arthrogram [73733926]

Ordering provider: Alisa Dearmond, NP  07/19/22 0828
Filed by: Interface,
Merge311_Imaging_Orders_And_Results_Incoming
07/19/22 1323
Accession number: SIH1841277
Narrative:

Resulted by: Jeffrey R Wichman, MD
Performed: 07/19/22 0911 - 07/19/22 1108

Resulting lab: RADIOLOGY LLB

EXAM:  MRI of the right shoulder with intra-articular contrast (MR Arthrogram).

HISTORY:  Right shoulder pain.

COMPARISON:  Fluoroscopic guided right shoulder arthrogram 07/19/2022.  MRI of the right shoulder without contrast 05/31/2022.

TECHNIQUE:  Multiplanar MR images of the right shoulder were acquired using a 1.5 Tesla magnet following the fluoroscopic-guided, intra-articular administration of a dilute gadolinium mixture.  The joint injection was performed by a different physician and that report has been separately dictated.  I was not personally present for the joint injection.

FINDINGS:

Rotator cuff tendinosis most severe involving the insertional fibers of the supraspinatus with moderate infraspinatus and subscapularis tendinosis.  Linear fluid signal measuring up to spur.  0.8 cm in medial to lateral dimension partially undercutting insertional fibers of the supraspinatus as previously described involving greater than 50% of the tendon thickness with extension through the adjacent anterior insertional fibers of the infraspinatus.  There is no contrast imbibition at this site to suggest articular communication and no evidence of a communicating full-thickness component tear.  No significant tendon retraction.  Linear intrasubstance fissuring/tearing extends through the critical zone myotendinous junction of the supraspinatus/infraspinatus junction.  Mild bursal surface fraying of the distal supraspinatus.  Tiny partial-thickness/rim rent tear along the insertional fibers of the infraspinatus measuring 2 mm medial lateral dimension.  There is a small amount of fluid
contrast in the anterior portion of the subacromial/subdeltoid bursa overlying the rotator interval with edema throughout the overlying portion of the deltoid muscle and this is likely iatrogenic in nature.  Small degenerative cyst within the greater tuberosity posteriorly.

Mild degenerative change of the glenohumeral joint without evidence of an acute fracture or dislocation.  Intermediate signal throughout the superior posterior glenoid labrum consistent with intrasubstance degeneration with a 2 mm cleft of contrast along the chondrolabral junction at the superior/posterosuperior labrum related to degenerative fraying and small focus of chondrolabral separation/tear at that level.  Cleft of contrast measuring up to 0.6 cm medial to lateral dimension extends more peripherally at the superior to posterosuperior labrum with some periosteal stripping and 2 mm intra labral/paralabral cyst at that level.  No osteochondral body within the joint.

The long head of the biceps is located within the bicipital groove and is intact.

Mild to moderate degenerative changes of the acromioclavicular joint without evidence of an os acromiale or

Fax Server        7/20/2022 1:15:46 PM    PAGE    5/008    Fax Server

M10515



**SIH Memorial Hospital**
Carbondale
405 West Jackson Street

Coffey, Ernest
MRN: 1543613, DOB: 3/21/1987, Sex: M
Acct #: 100001065876
Adm: 7/19/2022, D/C: 7/19/2022

*Providers are Independent contractors and
not employees of Southern Illinois Healthcare*

---

abnormal widening of the acromioclavicular joint space. Moderate atrophy of the posterior and lateral fibers the deltoid muscle without significant intramuscular edema.

IMPRESSION:

Moderate to marked rotator cuff tendinosis. Extensive partial-thickness/intrasubstance tear involving the distal supraspinatus and adjacent infraspinatus as described with rim rent component extending along the articular surface fibers of the infraspinatus more posteriorly. However, there is no evidence of a communicating full-thickness tear or tendon retraction as detailed above.

Intrasubstance degeneration with superimposed chondrolabral separation/tear at the superior to posterior glenoid labrum as described with small communicating intra labral/paralabral cyst.

Mild degenerative change of the glenohumeral joint. Mild to moderate degenerative changes of the acromioclavicular joint.

Deltoid muscle atrophy as described.

---

Electronically signed by: JEFFREY WICHMAN M.D.
Date:    07/19/2022
Time:    13:12

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - RADIOLOGY LLB | RADIOLOGY LLB | Unknown | Unknown | 11/07/16 1053 - Present |

**END OF REPORT**



M10515
appt 7/28-PT-RS

# THERAPY ORDERS

DATE: 07/13/2022 3:00 PM
PATIENT: Ernest Coffey
DOB: 03/21/1987
ADDRESS: 711 Kaskaskia St
CITY: Menard STATE: ZIP: 62259-9999
TELEPHONE: (618)826-5071

PT Eval & Treat or OT Eval & Treat

**FREQUENCY:** 3
**DURATION:** 6 weeks

TREATING ASSESSMENT
| Diagnosis description | Dx code | Status |
|---|---|---|
| Traumatic incomplete tear of right rotator cuff, initial encounter | S46.011A | |

TREATMENT
PT evaluate & treat
Home exercise

Provider: John T. Davis MD  07/13/2022 03:00 PM

Supervising:  07/13/2022 03:00 PM

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9385 - www.orthopaedicinstitute.com

Coffey, Ernest    000000275607 03/21/1987 07/13/2022 03:00 PM Page: 1/1

*MEN*

*MD515*

SIH Memorial Hospital of Carbondale      Coffey, Ernest
405 West Jackson Street                          MRN 1543613, DOB 3/21/1987, Sex M
Carbondale IL 62901-1462                        Acct # 100001065876
Phone 618-549-0721                              Adm 7/19/2022, D/C —

## Final Result Table info

| Patient Name | Exam Date Time | Phone # | MRN |
|---|---|---|---|
| Coffey, Ernest | 07 19 2022 0837 | 618-826-5071 | 1543613 |
| DOB | Legal Sex | Account # | |
| 3 21 1987 | Male | 100001065876 | |
| Pt Class | Accession # | Ordering Location | |
| Outpatient | SIH1841276 | IMAGING CENTRAL SCH | |
| Primary Care Provider | Attending Physician | Admitting Physician | |
| Moldenhauer, Michael | | | |
| Ordering Provider | Ordering Provider Address | Ordering Provider Phone # | |
| Alisa Dearmond | 5835 IL-154 PINCKNEYVILLE IL 62274 | 618-357-9722 | |

## Final Result Study Text

STUDY TEXT
EXAM. Fluoroscopically guided right shoulder arthrogram with MRI contrast injection

COMPARISON. None

HISTORY   Right shoulder pain

Procedure description

The patient was positively identified and informed consent was obtained   Procedural time-out was performed

The right shoulder was prepped and draped in the usual sterile fashion   A small injection of 1% lidocaine was used for local anesthetic.   Under fluoroscopic guidance, a 21 gauge spinal needle was advanced into the right glenohumeral joint space and interarticular location was confirmed with a small injection of iodinated contrast   Subsequently, the joint was distended with injection of 10 mL diluted gadolinium contrast

The needle was removed and hemostasis was achieved with light pressure   No immediate complication was evident

FINDINGS

Needle projecting over the right humeral head   Contrast within the joint space

IMPRESSION

Successful right shoulder arthrogram

---

Electronically signed by: MATTHEW BEAN M D
Date    07/19/2022
Time    10:26

Signed by  Matthew Bean  MD on 7/19/2022 10 27 AM

MD Review
Date: _____
Nurse: _____
Doctor: _____
Pull Chart: X
See patient: _____
File: _____

Printed by [1002064] at 7/19/2022 10 41 AM                                                    Page 1 of 1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

**Transferring Facility:**

Menard Correctional _____ Center

**Offender Information:** Coffey _____ Ernest _____ ID#: M10515
Last Name _____ First Name _____ MI

Date: 7/4/22 _____ Time: 8 _____ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA _____ Food Handler Approved: Yes

Current / Acute Conditions / Problems:

Chronic Conditions / Problems: HIV Asthma, Psych

**Current Medications** (name, dosage, frequency and duration):

Acute Short-term: Pepcid 20 mg QHS, Motrin 600mg BID prn

Chronic Long-term: HCTZ 25mg PO q day

Chronic Psychotropic: Abilify 5mg HS, Remeron 45mg qHS

Current Treatments: ✓

Therapeutic Diets: Regular

Follow-Up Care: RHC

Chronic Clinics: HIV

Specialty Referrals: Mental Health

Significant Medical History: _____

Physical Disabilities / Limitations: ✓

Assistive Devices / Prosthetics: ✓ _____ ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____ ☐ Hx Psych Med ☐ Hx MPC / STC  Substance Abuse: ☑ Alcohol ☑ Drugs

RHC Use Only: ☐ LAB ☐ EKG ☑ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____ ☐ Packet Complete

Susan Kirk RN _____ Susan Kirk RN _____ 7-4-2022
Health Care Staff and Title _____ Signature _____ Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____ Date: _____ Time: _____ ☐ a.m. ☐ p.m.

Subjective:
Current Complaint: _____

Assessment: Dx partial RTC tear ®

Current Medications/Treatment: _____ Steroid inj given. therapy ordered

see Rx flu prn

Objective:
Physical Appearance/Behavior: _____

Plan: Disposition:
☐ Health Information Given _____ ☐ Emergency Referral: _____
☐ Sick Call   Urgent / Routine
☐ Medication Evaluation _____ ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
Deformities: Acute/Chronic: _____ ☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): _____
☐ Infirmary Placement
T: _____ P: _____ R: _____ B/P: ___/___ ☐ Other (specify): _____

Printed Name and Title _____ Signature _____ Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title _____ Date _____ ☐ Approved ☐ Denied

Health Care Staff Signature and Title _____ Date 7·13·22 _____ ☐ Approved ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender Signature _____ Date _____ Time _____ ☐ a.m. ☐ p.m.

Distribution:  Offender's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper _____ DOC 0090 (Rev 3/2016)


**Wexford Health**
SOURCES INCORPORATED

## NOTICE OF CLAIM AUTHORIZATION NUMBER

To:        HEALTHCARE UNIT
From:      Utilization Management
Date/Time: 06/14/2022 / 10:45:36

Inmate Name:  ERNEST COFFEY
Inmate Number:  M10515
Date of Birth:  03/21/1987
Site:  MENARD
Service:  73222-MRI JOINT UPR EXTREM W/DYE
Authorization No:  94856799
Service:  23350-INJECTION FOR SHOULDER X-RAY
Authorization No:  94856799

Service is Authorized.

Comments:   6-9-22 R Shoulder MR Arthrography authorized for a patient with chronic R shoulder
pain and limited ROM. Worsening over past month. R Shoulder MRI done 5-31-22
showing rotator cuff tendinosis, degenerative fraying and partial thick ness tear of
the supraspinatus and infraspinatus with near full-thickness component. Suspected
intrasubstance degeneration of the glenoid labrum. Recommended MR Arthrography to
further evaluate.

------------------------------------------------------------------------------------------------

**INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL**

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151


**Wexford Health**
SOURCES INCORPORATED

## NOTICE OF CLAIM AUTHORIZATION NUMBER

To:         HEALTHCARE UNIT
From:       Utilization Management
Date/Time:  06/14/2022 / 10:45:48

Inmate Name: ERNEST COFFEY
Inmate Number: M10515
Date of Birth: 03/21/1987
Site: MENARD
Service: 99203-OFFICE O/P NEW LOW 30-44 MIN
Authorization No: 617527793

Service is Authorized.

Comments:   6-9-22 Ortho Eval authorized for a patient with chronic R shoulder pain and limited
            ROM. Worsening over past month. R Shoulder MRI done 5-31-22 showing rotator cuff
            tendinosis, degenerative fraying and partial thick ness tear of the supraspinatus and
            infraspinatus with near full-thickness component. Suspected intrasubstance degeneration
            of the glenoid labrum. Recommended MR Arthrography to further evaluate.

----------------------------------------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

*M10515*

SIH Memorial Hospital of Carbondale
405 West Jackson Street
Carbondale IL 62901-1462
Phone: 618-549-0721

Coffey, Ernest
MRN: 1543613, DOB: 3/21/1987, Sex: M
Acct #: 100001035632
Adm: 5/31/2022, D/C: —

## Final Result Table Info

| Patient Name: Coffey, Ernest | Exam Date/Time: 05/31/2022 1440 | Phone #: 618-826-5071 | MRN: 1543613 |
|---|---|---|---|
| DOB: 3/21/1987 | Legal Sex: Male | Account #: 100001035632 | |
| Pt Class: Outpatient | Accession #: SIH1728952 | Ordering Location: IMAGING CENTRAL SCH | |
| Primary Care Provider: Moldenhauer, Michael | Attending Physician: | Admitting Physician: | |
| Ordering Provider: Michael Moldenhauer | Ordering Provider Address: 711 Kaskaskia St MENARD IL 62259 | Ordering Provider Phone #: 618-826-5071 | |

## Final Result Study Text

STUDY TEXT

EXAM:  MRI of the right shoulder without contrast.

HISTORY:  Right shoulder pain with limited range of motion.

COMPARISON:  None available.

TECHNIQUE:  Multiplanar MR images of the right shoulder were acquired using a 1.5 Tesla magnet without intravenous or intra-articular contrast.  Submitted images are mildly limited by patient motion artifact.

FINDINGS:

No recent radiographs are available for comparison and radiographic correlation is recommended.

Rotator cuff tendinosis most severe along the insertional fibers of the supraspinatus with moderate infraspinatus and subscapularis tendinosis.  There is linear fluid signal undercutting the insertional fibers of the supraspinatus measuring up to 0.8 cm in medial lateral dimension along the anterior insertional fibers over region measuring 1.0 cm anterior-posterior dimension consistent with an insertional tear with rim rent component.  This involves greater than 50% tendon thickness with near full-thickness component.  There appear to be some thin residual intact bursal surface fibers but communicating pinhole full-thickness perforation is not excluded.  Less extensive partial-thickness tear with rim rent component along the insertional fibers of the supraspinatus more posteriorly through the insertional fibers of the infraspinatus with linear intrasubstance fissuring/tearing along the distal 2.1 cm of the critical zone at the supraspinatus/infraspinatus junction. Small amount of
fluid in the subacromial/subdeltoid bursa.  Mild bursal surface fraying of the supraspinatus at/lateral to the acromion. Intact distal subscapularis fibers.

Limited assessment of the glenoid labrum on this non arthrographic study.  Intermediate signal involving the superior/posterosuperior glenoid labrum focused along the chondrolabral junction and extending more peripherally without definite fluid signal at that level.  This may represent intrasubstance degeneration though MR arthrography could be considered in order to assess for a superimposed small tear as clinically warranted.  No paralabral cyst.  Mild degenerative spurring glenoid rim without acute fracture or dislocation.  Physiologic amount of fluid within the joint.

The long head of the biceps is located within the bicipital groove and is intact.

Mild to moderate hypertrophic degenerative change of the acromioclavicular joint without evidence of an os acromiale or abnormal widening of the acromioclavicular joint space.  Mild to moderate muscle atrophy involving the deltoid without significant intramuscular edema.

IMPRESSION:

Rotator cuff tendinosis which is most severe involving the supraspinatus.  Degenerative fraying and partial-thickness tearing of the supraspinatus and infraspinatus as described with near full-thickness component tear along the insertional

M10515

| | |
|---|---|
| SIH Memorial Hospital of Carbondale | Coffey, Ernest |
| 405 West Jackson Street | MRN: 1543613, DOB: 3/21/1987, Sex: M |
| Carbondale IL 62901-1462 | Acct #: 100001035632 |
| Phone: 618-549-0721 | Adm: 5/31/2022, D/C: — |

**Final Result Study Text (continued)**

fibers of the supraspinatus. No definite full-thickness tear or tendon retraction though a pinhole full-thickness perforation is not entirely excluded. Small amount of fluid in the subacromial/subdeltoid bursa.

Suspected intrasubstance degeneration of the glenoid labrum superiorly and posteriorly as described on this non arthrographic study. Correlate clinically for signs of a labral tear and consider MR arthrography as clinically warranted.

Mild to moderate degenerative change of the acromioclavicular joint.

Mild degenerative changes of the glenohumeral joint.

---

Electronically signed by: JEFFREY WICHMAN M.D.
Date:    05/31/2022
Time:    17:33

Signed by: Jeffrey R Wichman, MD on 5/31/2022  5:37 PM



## NOTICE OF CLAIM AUTHORIZATION NUMBER

To: HEALTHCARE UNIT
From: Utilization Management
Date/Time: 09/19/2023 / 14:14:24

Inmate Name: ERNEST COFFEY
Inmate Number: M10515
Date of Birth: 03/21/1987
Site: MENARD
Service: 99213-OFFICE O/P EST LOW 20-29 MIN
Authorization No: 32630074

Service is Authorized.

Comments: 9-14-23 Ortho F/U _ patient with chronic R shoulder pain and limited ROM. R Shoulder MRI done 5-31-22 showing rotator cuff tendinosis, degenerative fraying and partial thickness tear of the supraspinatus and infraspinatus with near full-thickness component. Suspected intrasubstance degeneration of the glenoid labrum. MR Arthrography done 7-19-22. Last seen by Ortho 7-13-22.

-----

### INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Menard
_(Facility)_

Offender's Name: Coffey, Ernest    ID# M10515

Reason for Referral:    ☒ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
                        ☒ Evaluation    ☐ Management
                        ☐ Procedure/service (specify) _____
                        ☐ Other (specify) _____

Urgent: ☐ Yes    ☒ No

Referred to: Ortho

Rationale for Referral: Dx Hx Partial RTC (R) last saw ortho 7/13/22

DOB 3/21/87

_Prene Omr_                    _Orene Omr_                    9/12/23
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _____

Assessment: _____

Recommendations/Plans: _____

_____    _____    _____
Print Practitioner's Name    Practitioner's Signature    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

_____    _____    _____
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and    Page 1 of 1    DOC 0254 (Eff.4/2007)
Health Care Unit Administrator    (Replaces DC 7105)



## NOTICE OF CLAIM AUTHORIZATION NUMBER

To:  **HEALTHCARE UNIT**
From:  **Utilization Management**
Date/Time:  **06/14/2022 / 10:45:36**

Inmate Name: **ERNEST COFFEY**
Inmate Number: **M10515**
Date of Birth: **03/21/1987**
Site: **MENARD**
Service: **73222-MRI JOINT UPR EXTREM W/DYE**
Authorization No: **94856799**
Service: **23350-INJECTION FOR SHOULDER X-RAY**
Authorization No: **94856799**

Service is Authorized.

Comments:    6-9-22 R Shoulder MR Arthrography authorized for a patient with chronic R shoulder pain and limited ROM. Worsening over past month. R Shoulder MRI done 5-31-22 showing rotator cuff tendinosis, degenerative fraying and partial thick ness tear of the supraspinatus and infraspinatus with near full-thickness component. Suspected intrasubstance degeneration of the glenoid labrum. Recommended MR Arthrography to further evaluate.

----------------------------------------------------------------------------------------------------

## INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151



## NOTICE OF CLAIM AUTHORIZATION NUMBER

To:         **HEALTHCARE UNIT**
From:       Utilization Management
Date/Time:  06/14/2022 / 10:45:48

Inmate Name: **ERNEST COFFEY**
Inmate Number: **M10515**
Date of Birth: **03/21/1987**
Site: **MENARD**
Service: **99203-OFFICE O/P NEW LOW 30-44 MIN**
Authorization No: **617527793**

Service is Authorized.

Comments:    6-9-22 Ortho Eval authorized for a patient with chronic R shoulder pain and limited ROM. Worsening over past month. R Shoulder MRI done 5-31-22 showing rotator cuff tendinosis, degenerative fraying and partial thick ness tear of the supraspinatus and infraspinatus with near full-thickness component. Suspected intrasubstance degeneration of the glenoid labrum. Recommended MR Arthrography to further evaluate.

----------------------------------------------------------------------

**INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL**

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

COPY

RECEIVED
APR [COPY]

W-9-5

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

| Date: 4-14-23 | Offender (please print): Coffey | ID #: M10515 | Race (optional): Hobbens Brown |

| Present Facility: Menard | | Facility where grievance issue occurred: 3.51-4-23 MEN |

Nature of grievance:

☐ Personal Property ☐ Mail Handling ☑ Medical Treatment N☑ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☑ Other (specify): I have X-Rays that Bone a Sewol Tracking Routedor
☐ Disciplinary Report

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

on my birthday March 21 2023 I was put in to See Doctor or Nurse Practitioner a Fight broke out and I was Post Bound to See Doctor. I have Proof of X-Rays that my Right arm is sewol my tracking. Everything movement I can't Left my arm up this is my Second grievance made I will Have a Mordoous in if would be It am being denied medical Treatment. this is deliberate Indifferent to security medical threat.

☐ Continued on side

Relief Requested: Have Doctor or Nurse Practioner- Have a medical Permit Travel For Lower bunk and Front CUFF Permit.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

Offender's Signature _____    M10515    Date 4/14/29
(Continue on reverse side if necessary)

Counselor's Response (if applicable)    Date Received: 4-18-20    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: See attached Response from the HCU

Print Counselor's Name: L. Phelps    Sign Counselor's Name: _____    Date 5-22-23

Note to Offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

EMERGENCY REVIEW    Date Received: _____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____    _____
Chief Administrative Officer's Signature    Date

11E-
Medical
Treatment

**COPY**

**COPY**

RECEIVED
FEB 14 2023

W-9-5

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: | Offender (please print): Ernest Caffey | ID #: M10515 | Race: |
|---|---|---|---|
| Present Facility: Menard CC | | Facility where grievance issue occurred: | |

**Nature of grievance:**

☐ Personal Property  ☐ Mail Handling  ☒ Medical Treatment  ☐ ADA Disability Accommodation

☐ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of ~~RESERVED~~

☐ Transfer Denial by Facility  ☒ Other (specify): X-Ray Denial / Surgery Denial

☐ Disciplinary Report

201-2-23MEN

RECEIVED FEB 16 2023 MENARD CC GRIEVANCE OFFICE

Date of report _____  Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

I had an X-Ray at 2022 around April, and it is determined my Right Shoulder has a Ripped Tore, several tendons. I Need Surgery to Repair it. the Nurse Practitioner has Refused to see me, For IBUPROFEN prescribed order, Renewal for over a year. I Need a Front CUFF Permit an Low Bunk Permit

☐ Continued on reverse

**Relief Requested:**

Let in for Nurse Practitioner, have X-Ray again iF Needed. Renew Prescribed order.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Offender's Signature _____  ID# M10515  Date 2-11-23

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)    Date Received:** _____  ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

Print Counselor's Name _____  Sign Counselor's Name _____  Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW    Date Received:** _____

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

NE-
Multifacter
Medication
Shoulder

_____  2/15/23





**JB Pritzker**
**Governor**

201-2-23 Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL. 62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

DATE:   May 19, 2023

TO:     Kelly Pierce, Grievance Office, Corrections Clerk III

FROM:   Connie Dolce, MSN, RN, DON

SUBJECT: Coffey, Ernest M10515 Emergency Medical Grievance #201-2-23

I am in receipt of Individual Coffey, Ernest M10515 emergency medical grievance 201-2-23 regarding medical treatment. Individual grieves he has a shoulder injury he has been dealing with since 2022. He requests surgery, medication, front cuff permit, and low bunk permit. The individual has been seen by NSC on numerous occasions for shoulder pain and has been referred to the NP call line multiple times. Mr. Coffey has been sent as urgent to the healthcare unit scheduler to schedule him on the next available appointment with the Nurse Practitioner.

Connie Dolce, MSN, RN, DON

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

**COPY**

**COPY**

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Randolph )

## AFFIDAVIT

I, Juan Miguel Batte.¹ Y12714 being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: Issue due to 8x1 Rotator Cuff and torn ballata

Ever since I have came into cell 905 in westhouse wing at Menard Correctional Center I have witnessed the extreme pain that Ernest Coffey #M10515 has went through daily due to his torn rotater cuff on his right side. It has made it impossible to workout in any way, shape or form, wash up daily, move any boxes or bags to cleanup the cell, and tokes sleep issues due to the constant pain. I have witnessed Ernest Coffey #M10515 file emergency grievances and never recieve any type of answer back about the issue at all. I also witness daily that Ernest Coffey # M10515 constantly tell the Nurses of Wexford Health Inc. that his rotater cuff is torn and they always tell him to put in a sick call slip, then when he goes they do nothing about the issue.

Subscribed and sworn to
before me on the 14th day
of April 2022.

_Shelley a Shevlin_
NOTARY PUBLIC

Respectfully submitted,

_Juan Miguel Batte_ #Y12714

OFFICIAL SEAL
SHELLEY A. SHEVLIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/28/24

COPY

COPY

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Randolph )

**AFFIDAVIT**

I, _____ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: _____

_On the date of Friday April 14, 2023, I witness A Sergeant Coffee # m 10-515 tell an employee detainee about his need for a team 4 handcuffs to his bunk cuff on his right hand side to his bunk with one handcuff between the head tube welded to the front. As well as the fact that due to his own complications he also needs a bottom bunk permits as well as the issue that a medical supply is needed to fix the issue. I have personally read the grievance and saw his request for it to be dropped in the grievance box._

Subscribed and sworn to                          Respectfully submitted.
before me on the 20th day
of April      2023                               _____ #44244

_____
NOTARY PUBLIC

OFFICIAL SEAL
SHELLEY A SHEVLIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/29/24





**JB Pritzker**
**Governor**



**Latoya Hughes**
**Acting Director**

**The Illinois Department of Corrections**

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

**DATE:**    May 19, 2023

**TO:**    Lance Phelps, Corrections Counselor I

**FROM:**    Connie Dolce, MSN, RN, DON

**SUBJECT:** Coffey, Ernest M10516 Emergency Medical Grievance #251-4-23

---

I am in receipt of Individual Coffey, Ernest M10515 emergency medical grievance 251-4-23 regarding medical treatment. Individual grieves he was supposed to see a provider for his shoulder injury, but the line was cancelled due to an altercation. Shoulder concerns have been addressed in emergency grievance response #201-2-23. Individual is on the schedule with the Nurse Practitioner as urgent and is awaiting the upcoming appointment.

Connie Dolce, MSN, RN, DON

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**





## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M10515 | **Counseling Date** | 02/14/23 13:59:06:170 |
| **Offender Name** | COFFEY, ERNEST | **Type** | Collateral |
| **Current Admit Date** | 12/17/2009 | **Method** | Grievance |
| **MSR Date** | 06/01/2068 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -09-05 | **Staff** | HARGIS, ALLISON. Office Coordinator |

The Grievance Office received grievance #201-2-23 dated 2/11/23 regarding medical treatment/medication-shoulder marked Emergency and ADA Disability Accommodation by the individual in custody. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.





 **State of Illinois - Department of Corrections**

**Counseling Summary**

| | | | |
|---|---|---|---|
| IDOC # | M10515 | Counseling Date | 04/19/23 16:23:23:377 |
| Offender Name | COFFEY, ERNEST | Type | Collateral |
| Current Admit Date | 12/17/2009 | Method | Grievance |
| MSR Date | 08/01/2068 | Location | MEN GRIEVANCE OFFICE |
| HSE/GAL/CELL | W -09-05 | Staff | HARGIS, ALLISON, Office Coordinator |

Grievance #251-4-23 was reviewed by the ADA Coordinator, but was deemed not to be an ADA issue. Forwarded to Clinical Services for Counselor's response.

**Print Date 4/19/2023**

COPY

COPY



W-9-05

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: 02/15/2023          Date of Review: 02/15/2023          Grievance # (optional): 201-2-23

Offender: Coffey, Ernest          IDoc: N10815

**Nature of Grievance:**
Medical Treatment

**Facts Reviewed:**
Individual in custody submitted a grievance dated 2/11/2023 and grieves that he had an x-ray in 2022 and it was determined that his right shoulder has a ripped tear, severed tendon. He states he needs surgery for repair, ibuprofen, front cuff permit and low bunk permit.

Relief Requested: "Put in for Nurse Practitioner, have x-ray again if needed renew prescribed order."

Grievance #201-2-23 was received on 2/14/2023 and marked emergency by the individual in custody. It was deemed of emergency nature by the Warden on 2/15/2023 and returned to Grievance Office for processing on 2/15/2023.

The grievance was forwarded to the HCU for review on 2/15/2023

Please see attached memo dated 5/19/2023 from Connie Dolce, MSN, RN, DON regarding her review of the medical grievance issues.

If an appeal of this grievance is forwarded to the ARB, the attached memo must accompany the grievance response.

**Recommendation:**
It is the recommendation of this Grievance Officer that the Individual in Custody's grievance be MOOT. The issue is being addressed by the HCU.

Kelly Pierce, CCIII - Menard Correctional Center

Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: JUL 0 1 2023          ☑ I concur     ☐ I do not concur     ☐ Remand

Action Taken:

Chief Administrative Officer's Signature          Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature          N10815          6/9/23
                              IDoc #          Date

**COPY**



**COPY**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Individual in Custody Medical Health Information

This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize __Menard Correctional Center__ to release the following information: (State specific medical health information to be disclosed including date(s) or date range)

__Medical Records Concerning all X-Rays From menard c.c. and outside visits From April 2022 thru. August 2022 For upper Right shoulder Tending Issues and all Request Made For Medications From 2022 Tim thru 2022 May 1__

☒ At Request of Individual in Custody and/or: __For court Proceedings For mandamus and Lawsuit Discovery.__ Purpose of disclosure

from the records of __minsis__ __Ernest Coffey__ Print Individual in Custody's Name

to: ☒ Self   ☒ Authorized Attorney   ☒ Health Care Facility   ☒ Other: __For mandamus Pretrial Discovery__

Name: __Ernest Coffey MID 815 Pro Se__

Address: __P.O. Box 1000__

__Menard Correctional center__  __IL__  __62259__

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐ 45 days from date of signature ( _____ )

☒ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization): __Discovery For Mandamus Discovery or Plaintiff obtain copies thereof__

**Signature:**

__[signature]__  __Requester__  __4/28/23__

Give Individual in Custody a copy if DOC made the request for release.

Distribution: Individual in Custody's Medical File    Printed on Recycled Paper    DOC 0241 (Rev. 11/2021)





JB Pritzker
Governor

Latoya Hughes
Acting Director

### The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

DATE:    April 27, 2023

TO: Coffey M10515

FROM:    Medical Records

SUBJECT: Request for Medical Records

I received a kite from you that you would like your medical records. Please fill out the release of Information that I have included. If you have not received 50 free copies this year, then your copies will be free up to 50 pages and 15 cents thereafter. Please send a money voucher with the release. Please also be specific in what records you are needing. Return to Medical Records Dept.

Thank you.

A.  Kehner RHIT, H.I.T.
Medical Records Department
Menard Correctional Center

*A. Kenner RHIT, H.I.T.*

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Ernest Coffey | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>Jillian Crane Nurse Practitioner | TYPE OF PROCESS<br>mail, In Person Any by Summons |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Menard Correctional center |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>711 Kaskaskia St Menard Illinois 62259 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Menard Correctional center 711 Kaskaskia St Menard Illinois 62259 | Number of process to be served with this Form 285 | 3 mail In Person Summons |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>8-18-24 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal * or (Amount of Refund *) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:   1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**IN THE**

United States District Court
Southern District Illinois

Ernest Coffey M10515 )          E-File

**Plaintiff** )

v.            )   Case No._____

Jillian Crane N.P. )

**Defendant**

## PROOF/CERTIFICATE OF SERVICE

TO: Jillian Crane NP.             TO: _____
711 Kas Kaskia St menard CC    _____
62259 Illinois             _____
_____      _____

TO: _____      TO: _____
_____      _____
_____      _____
_____      _____

PLEASE TAKE NOTICE that on August 19_____, 20 24, I have placed the documents listed below in the institutional mail at menard correct c Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: Complaint 1983 medical Affidant, & Records 26 pages Proof of Exhaustion

Pursuant to 28 USC 1746, 18 USC 1621 or 73 Silcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 8-19-2024_____      /s/ _____

NAME Ernest Coffey M10515

IDOC# M10515



8-22-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to
the U.S. District Court for the Southern District of Illinois for review and filing.

Coffey, Ernest                    M10515
_____           _____
Name                               ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          (Yes) or  No

    If this is a habeas case, please circle the related statute:   28 U.S.C.  2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?          Yes or (No)

    If yes, please list case number:  _____ N/A _____

    If yes, but you do not know the case number mark here:  _____

3.  Should this document be filed in a pending case?          Yes or (No)

    If yes, please list case number:  _____ N/A _____

    If yes, but you do not know the case number mark here:  _____

4.  Please list the total number of pages being transmitted:          53

5.  If multiple documents, please identify each document and the number of pages for each
    document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Complaint | 9 |
| — Exhibits | 36 |
| — Motion For Preliminary Injunction Relief | 2 |
| — Motion For Appointment of Counsel | 2 |
| — Application To Proceed Without Costs | 2 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded
to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.

| | |
|---|---|
| — Marshals Process Receipt and Return | 1 |
| — Proof of Service | 1 |